NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWIN DAVID SCHINDLER,**

*Plaintiff-Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Defendant-Appellee*

---

2025-1557

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:24-cv-00262-MSN-WBP, Judge Michael S. Nachmanoff.

---

**JUDGMENT**

---

EDWIN DAVID SCHINDLER, Boynton Beach, FL, argued pro se.

DENNIS BARGHAAN, JR., Office of the United States Attorney for the Eastern District of Virginia, United States Department of Justice, Alexandria, VA, argued for

defendant-appellee.   Also represented by TODD W. BLANCHE, LINDSEY HALLIGAN, ROBERT K. MCBRIDE.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 17, 2026
    Date

Jarrett B. Perlow
Clerk of Court